SHUB LAW FIRM LLC
Jonathan Shub (SBN 237708)
Kevin Laukaitis
134 134 Kings Hwy E Fl 2
Haddonfield, NJ 08033
Tel: (856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiff Kyla Tapia and Proposed Class*

LAFAYETTE & KUMAGAI LLP
Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
1300 Clay Street, Suite 810
Oakland, California 94612
Tel: (415) 357-4600
glafayette@lkclaw.com

*Attorneys for Defendant The Coca-Cola Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLA TAPIA, individually, and on behalf of all those similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE COCA-COLA COMPANY, <br><br> Defendant. | Case No: 4:22-cv-01362-HSG <br><br> **STIPULATION AND ORDER** |

Plaintiff Kyla Tapia and Defendant The Coca-Cola Company, by and through their respective attorneys of record, and subject to approval of the Court, hereby stipulate as follows:

1. Plaintiff shall have up to and including May 26, 2022, to file an amended complaint;

2. Defendant shall answer or otherwise respond by July 11, 2022;

3. In the event Defendant files a motion to dismiss the amended complaint, Plaintiff shall have up to and including August 24, 2022, to oppose Defendant's motion; and

4. Defendant shall have up to and including September 14, 2022, to file any reply.

Dated:  April 26, 2022

AGREED AND CONSENTED TO:

/s/ Jonathan Shub
Jonathan Shub (SBN 237708)
Kevin Laukaitis
SHUB LAW FIRM LLC
134 Kings Highway E, 2nd Floor
Haddonfield, NJ 08033
(856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiff Kyla Tapia*

/s/ Gary T. Lafayette
Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California  94612
Phone: (415) 357-4600
glafayette@lkclaw.com
bchun@lkclaw.com

*Attorneys for Defendant The Coca-Cola Company*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(I)(3)**

I hereby attest that concurrence in the filing of this document has been obtained from Jonathan Shub, counsel for Plaintiff, for the filing of this Joint Stipulation and [Proposed] Order.

Dated: April 26, 2022.        By:    */s/ Gary T. Lafayette*
                                           Gary T. Lafayette

1
2
**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
4   DATED: 4/27/2022                     _____
                                          Hon. Haywood S. Gilliam, Jr.
5                                         UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27