UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLA TAPIA, individually          ,
and on behalf of all those similarly situated,

Plaintiff(s),

v.

The Coca-Cola Company          ,

Defendant(s).

Case No. 4:22-cv-01362-HSG

**APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, Steven A. Zalesin          , an active member in good standing of the bar of

New York          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: The Coca-Cola Company          in the

above-entitled action. My local co-counsel in this case is Gary T. Lafayette          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 88666          .

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
MY ADDRESS OF RECORD

212-336-2000
MY TELEPHONE # OF RECORD

sazalesin@pbwt.com
MY EMAIL ADDRESS OF RECORD

LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-357-4600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

glafayette@lkclaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 2070134          .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  3      times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _____May 6, 2022_____                    _____
                                                             APPLICANT

5

6

7

8                           ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of __Steven A. Zalesin_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: ____5/6/2022_____

16

17                    _____
                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Steven A. Zalesin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 2, 1986**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on July 1, 2021.

*Clerk of the Court*

*CertID-00021869*