UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLA TAPIA,

    Plaintiff,

v.

THE COCA-COLA COMPANY,

    Defendant.

Case No. 22-cv-01362-HSG

**SCHEDULING ORDER**

A case management conference was held on April 11, 2023. Having considered the parties' proposals, *see* Dkt. No. 46, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 9, 2023 |
| Close of Fact Discovery | January 26, 2024 |
| Class Certification Filing Deadline and Disclosure of Plaintiff's Expert Report(s) | February 23, 2024 |
| Opposition to Class Certification Filing Deadline and Disclosure of Defendant's Expert Report(s) | April 26, 2024[1] |
| Close of Expert Discovery | May 31, 2024 |
| Reply in Support of Class Certification Filing Deadline | June 7, 2024 |
| Hearing on Class Certification Motion and *Daubert* Motions | July 11, 2024, at 2:00 p.m. |

---

[1] Based on the parties' proposal, the Court's expectation is that no further expert reports or declarations will be filed by any party after April 26, notwithstanding the later deadline for plaintiffs' reply. If the parties have a different expectation, they should promptly clarify what is contemplated.

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

This order **TERMINATES** Dkt. No. 46.

**IT IS SO ORDERED.**

Dated: 5/2/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge