| | |
|---|---|
| Kyle Norman Gurwell (SBN 289298)<br>LAW OFFICE OF KYLE GURWELL<br>7755 Center Ave., Suite 110<br>Huntington Beach, CA 92647<br>Tel: (714) 372-2245<br>kng@lawofficekg.com<br><br>Jonathan Shub (SBN 237708)<br>SHUB & JOHNS LLC<br>200 Barr Harbor Dr., Suite 400<br>West Conshohocken, PA 19428<br>Tel: (610) 477-8380<br>jshub@shublawyers.com<br><br>Spencer Sheehan<br>SHEEHAN & ASSOCIATES, P.C.<br>60 Cuttermill Rd., Suite 412<br>Great Neck, NY 11021<br>T: (516) 268-7080<br>spencer@spencersheehan.com<br><br>*Attorneys for Plaintiff Kyla Tapia and Proposed Class* | Gary T. Lafayette (SBN 88666)<br>Brian H. Chun (SBN 215417)<br>LAFAYETTE & KUMAGAI LLP<br>1300 Clay Street, Suite 810<br>Oakland, California 94612<br>Tel: (415) 357-4600<br>glafayette@lkclaw.com<br>bchun@lkclaw.com<br><br>Steven A. Zalesin<br>Jane M. Metcalf<br>Julie A. Simeone<br>Dakotah M. Burns<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>T: (212) 336-2000<br>sazalesin@pbwt.com<br>jmetcalf@pbwt.com<br>jsimeone@pbwt.com<br>dburns@pbwt.com<br><br>*Attorneys for Defendant The Coca-Cola Company* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLA TAPIA, individually, and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>THE COCA-COLA COMPANY,<br><br>    Defendant. | Case No: 4:22-cv-01362-HSG<br><br>**JOINT STIPULATION AND ORDER DISMISSING ACTION <u>WITH PREJUDICE</u>** |

**THE PARTIES HEREBY STIPULATE AND AGREE**, through their undersigned counsel, as follows: (i) the individual claims of Plaintiff Kyla Tapia are dismissed with prejudice; and (ii) the claims of the putative class are dismissed without prejudice.  Plaintiff shall take nothing by this action, and the parties shall bear their own costs, expenses, and fees.

Dated:  September 5, 2023

By: */s/ Kyle Norman Gurwell*

Kyle Norman Gurwell (SBN 289298)
LAW OFFICE OF KYLE GURWELL
7755 Center Ave., Suite 110
Huntington Beach, CA 92647
Tel: (714) 372-2245
kng@lawofficekg.com

Spencer Sheehan
SHEEHAN & ASSOCIATES, P.C.
60 Cuttermill Rd., Suite 412
Great Neck, NY 11021
T: (516) 268-7080
spencer@spencersheehan.com

Jonathan Shub (SBN 237708)
SHUB & JOHNS LLC
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Tel: (610) 477-8380
jshub@shublawyers.com

*Attorneys for Plaintiff Kyla Tapia and Proposed Class*

By: */s/ Steven A. Zalesin*

Steven A. Zalesin
Jane M. Metcalf
Julie A. Simeone
Dakotah M. Burns
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
T: (212) 336-2000
sazalesin@pbwt.com
jmetcalf@pbwt.com
jsimeone@pbwt.com
dburns@pbwt.com

Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Tel: (415) 357-4600
glafayette@lkclaw.com
bchun@lkclaw.com

*Attorneys for Defendant The Coca-Cola Company*

**ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice as to Plaintiff Kyla Tapia's individual claims, and without prejudice as to the claims of the putative class. All other existing dates and deadlines in this matter are hereby vacated.

DATED:   9/5/2023

By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE